UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERMAINE TERRELL MILLER, :
:
          Plaintiff, :
:   Case: 1:15-cv-00861   Jury Demand
v. :   Assigned To : Unassigned
:   Assign. Date : 6/9/2015
SUPREME COURT OF THE :   Description: Pro Se Gen. Civil (F Deck)
UNITED STATES, *et al.*, :
:
          Defendants. :

## MEMORANDUM OPINION

Plaintiff, who is incarcerated at a correctional facility in Chambersburg, Pennsylvania, alleges that defendants have violated rights protected under the Fifth, Seventh, Eighth and Fourteenth Amendments to the United States Constitution. *See* Compl. ¶¶ 3, 6. He claims to have sent subpoenas to six of the defendants to ask "[f]or their aid in [his] legal defense to [his] innocence," yet none of these defendants "contacted [him] to confirm their stance with their summoning." *Id.* ¶ 4. He further alleges that he received "a Writ of Certiorari package" in response to the "formal letter [he sent] to the U.S. Supreme Court . . . [e]xplaining [his] legal situation in full detail," instead of the necessary "forms to commence [a] Civil Action against the six rogue agencies," *id.* ¶ 5, he had requested. Generally, he contends that "the seven defendants are guilty of wrongdoing by not answering a subpoena," *id.* ¶ 6, and for relief from "the cruel injustive [sic] denials of government and the mental anguish [he] endured," plaintiff demands an "initial lump sum of 8 million dollars up front from each of the defendant" and other relief, *id.* ¶ 7.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted

4

by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint neither states the grounds upon which this court's jurisdiction depends nor a statement of a cognizable claim showing his entitlement to relief. As drafted, the complaint does not comply with Rule 8(a). The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint. An Order is issued separately.

DATE: June 5, 2015

_____
United States District Judge